## 56305. VANDIVER v. GEORGIA CASUALTY & SURETY COMPANY et al.

BELL, Chief Judge.

The superior court correctly affirmed the finding of the State Board of Workers' Compensation that the claimant's chest condition was not caused by an accident arising out of and in the course of his employment, and the denial of an award of compensation.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED SEPTEMBER 18, 1978 — DECIDED OCTOBER 12, 1978.

*Peugh & Bradley, W. B. Bradley,* for appellant.
*Sartain & Carey, Joe B. Sartain, Jr.,* for appellees.